# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Russo Docket No.: 26-2806

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anagha Sundararajan

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: 212-416-8073 Fax:

E-mail: anagha.sundararajan@ag.ny.gov

**Appearance for:** Appellees State of New York, Governor Kathy Hochul, and Attorney General Letitia James
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Barbara Underwood, Office of the New York State Attorney General)
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 23, 2023 OR

☐ I applied for admission on .

Signature of Counsel: [signature]

Type or Print Name: Anagha Sundararajan