**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-six,

---

United States of America,

Plaintiff - Appellant,

v.

State of New York, Kathy Hochul, Governor of New York, in her official capacity, Letitia James, Attorney General of New York, in her official capacity,

Defendants - Appellees,

Michael Russo, Assistant Attorney General in Charge, Buffalo Regional Office, in his official capacity,

Defendant.

---

**ORDER**
Docket No. 26-2806

A notice of appeal was filed on October 2, 2026. The Appellant's Form C due October 16, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 2, 2026, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court